IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MELVIN SMITH, JR.                                           PLAINTIFF

v.                      No. 4:20-cv-489-DPM

LESLIE RUTLEDGE,
Attorney General, State of
Arkansas                                                  DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2020